CATERINA CHIARAMONTE, Respondent, v. GEORGE HORNSTEIN and Others, Appellants.— Appellants have not complied with rule 41, and also have failed to excuse their delay under our special rule by showing from the

facts out of which the controversy arose that the appeal has any merit. Motion granted, and appeal dismissed, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.